# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

---

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of April, two thousand and fourteen.

Before:    Peter W. Hall,
              *Circuit Judge.*

---

United States of America, *et al.*,

    Plaintiffs-Appellees,                              **ORDER**

    v.                                               Docket Nos.   13-3741(L)
                                                                   13-3748(con)

Apple, Inc., Simon & Schuster, Inc., Verlagsgruppe          13-3783(con)
George Von Holtzbrinck GMBH, Holtzbrinck Publishers,     13-3857(con)
LLC, DBA Macmillan, Simon & Schuster Digital Sales, Inc.,   13-3864(con)
                                                                        13-3867(con)

    Defendants-Appellants.

---

In Re: Electronic Books Antitrust Litigation
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Apple Inc.,

    Petitioner,

    v.                                                         Docket No. 14-1092

Anthony Petru, *et al.*,

    Respondents.

---

    Apple Inc. has filed an emergency motion seeking a stay of class notification and a stay of the damages trial that is scheduled to commence in July 2014, pending appeal. Apple also requests an administrative stay of the class notification (scheduled to commence on April 28, 2014) while the Court determines the request for a stay pending appeal.

    IT IS ORDERED that the request for a stay of class notification and for a stay of the damages trial, pending appeal, is hereby REFERRED to a three-judge panel. IT IS FURTHER

ORDERED that the request for an administrative stay of the class notification (scheduled to commence on April 28, 2014) is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

